## R. M. ALEXANDER v. WILLIAM W. HUTCHINS AND ANOTHER.[1]

March 14, 1924.

No. 23,819.

PER CURIAM.

This is an appeal from an order vacating a judgment for the foreclosure of a mortgage of $1,300. It presents the same questions as were determined in [the] companion case between the same parties, in which a mortgage of $3,000 was involved. The disposition of the appeal is controlled by the opinion in that case [which immediately precedes this opinion].

The order vacating the judgment is reversed.